UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MT. HAWLEY INSURANCE COMPANY,          :

                                                                             :   ORDER
                          Plaintiffs,            08 Civ. 10414 (PKL) (GWG)

          -v.-                                       :

VAN CORTLAND VILLAGE,                   :

                         Defendants.           :
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/3/10

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

     The application for an adjournment contained in the letter dated May 3, 2010 is denied.

     The Court notes that Colonial Management and the "LLC" defendants have failed to comply with the Court's order dated April 14, 2010, which required a response to the April 12, 2010 letter by April 27, 2010.

     It is strongly suggested that Mr. Herman bring to the conference a representative of his client who is knowledgeable with respect to the outstanding discovery issues.

     SO ORDERED.

Dated: May 3, 2010
        New York, New York

                                                    _____
                                                    GABRIEL W. GORENSTEIN
                                                    United States Magistrate Judge